# EXHIBIT 2

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF KERN**

| | |
|---|---|
| COUNTY OF KERN,<br><br>               Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>               Defendants. | Case No. BCV-20-101197<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**<br><br>Complaint Filed:   May 18, 2020<br>Trial Date:            TBD |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Eastern District of California on June 19, 2020.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice, results in the removal of this action to Federal Court and deprives this Court of jurisdiction to proceed any further in this case.

**K&L GATES LLP**

Dated:  June 19, 2020             By: _____
                                      JASON N. HAYCOCK
                                      JONATHAN THEONUGRAHA

                                      Attorneys for Defendant
                                      TYLER TECHNOLOGIES, INC.