BETH W. PETRONIO, *pro hac vice forthcoming*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00853<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>(Kern County Superior Court Case No. BCV-20-101197)<br><br>Complaint Filed:  May 18, 2020<br>Trial Date:  TBD |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On **June 19, 2020**, I served the document(s) described as:

**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**

together with an unsigned copy of this declaration on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Eileen R. Ridley<br>Alan R. Ouellette<br>Jaime Dorenbaum<br>**FOLEY & LARDNER LLP**<br>555 California St., Suite 1700<br>San Francisco, CA 94014-1520<br>Tel: (415) 434-4484<br>Fax: (415) 434-4507<br>Email: eridley@foley.com<br>         aouellette@foley.com<br>         jdorenbaum@foley.com | **Attorneys for Plaintiff**<br>COUNTY OF KERN |

Margo A. Raison, County Counsel
**COUNTY OF KERN, STATE OF CALIFORNIA**
By: Andrew C. Thomson, Chief Deputy
Kern County Administrative Center
1115 Truxtun Ave., Fourth Floor
Bakersfield, CA 93301
Tel: (661) 868-3800
Fax: (661) 868-3805
Email: mraison@kerncounty.com
         athomson@kerncounty.com

☒ **BY MAIL:** I placed for collection and processing such envelope(s) to be deposited in the mail at San Francisco, California, with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to (C.C.P. § 1013(a)).

☒ **BY ELECTRONIC SERVICE:** I transmitted a true copy of the document(s) listed above to the e-mail addresses of the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 19, 2020**, San Francisco, California.

_____
T. Lianne Jitodai