BETH W. PETRONIO, *pro hac vice forthcoming*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:   (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00853<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>(Kern County Superior Court Case No. BCV-20-101197)<br><br>Complaint Filed:   May 18, 2020<br>Trial Date:             TBD |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Tyler Technologies, Inc. ("Tyler") states as follows:

Tyler has no parent corporation or publicly held corporation owning more than 10% of its shares.

**K&L GATES LLP**

Dated: June 25, 2020   By: */s/ Jason N. Haycock*
BETH W. PETRONIO
JASON N. HAYCOCK
JONATHAN THEONUGRAHA

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.