1  BETH W. PETRONIO, *pro hac vice pending*
   beth.petronio@klgates.com
2  K&L GATES LLP
   1717 Main Street, Suite 2800
3  Dallas, TX 75201
   Telephone:  (214) 939-5815
4  Facsimile:   (214) 939-5849

5  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
6  JONATHAN THEONUGRAHA (SBN 306812)
   jonathan.theonugraha@klgates.com
7  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
8  San Francisco, CA 94111
   Telephone:  (415) 882-8200
9  Facsimile:   (415) 882-8220

10

   Attorneys for Defendant
11 TYLER TECHNOLOGIES, INC.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14
                           **YOSEMITE DIVISION**
15

16
   | COUNTY OF KERN, | Case No. 1:20-cv-00853 |
   |---|---|
   | Plaintiff, | |
   | vs. | **DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
   | TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive, | |
   | Defendants. | Date:       July 30, 2020<br>Time:       2:00 p.m.<br>Dept.:       302<br>Judge:      The Hon. Jeremy D. Peterson |
   | | Complaint Filed:   May 18, 2020<br>Trial Date:            TBD |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 30, 2020 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 9004 Castle Cliff Ct, Yosemite, CA 95389, Defendant Tyler Technologies, Inc. ("Tyler") will and hereby does move this Court for an order granting its motion to dismiss Plaintiff County of Kern's ("Kern") Complaint as to the second through sixth causes of action for failure to state a claim upon which relief can be granted.

This motion is made pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure on the following grounds:

Kern's Complaint fails to satisfy the heightened pleading standards required to plead fraud with specificity pursuant to Federal Rule of Civil Procedure 9(b), which requires dismissal of Kern's Intentional Misrepresentation, Concealment, California Statutory Unfair Competition ("Statutory Unfair Competition"), and California False Claims Act ("False Claims Act") causes of action.

Further, Kern's Statutory Unfair Competition claim must be dismissed because Kern has not and cannot allege an unlawful, unfair, or fraudulent business act or practice independent of its alleged breach of contract or any unfair act or practice that would violate public policy or negatively impact competition, as required by law.

In addition, Kern's False Claims Act claim must be dismissed because Kern has failed to allege materiality, as required by law.

Finally, Kern's Negligence claim is barred by the Economic Loss Rule and must be dismissed.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers on file in this action.

**K&L GATES LLP**

Dated: June 26, 2020

By: /s/ *Jason N. Haycock*
    BETH W. PETRONIO
    JASON N. HAYCOCK
    JONATHAN THEONUGRAHA

    Attorneys for Defendant
    TYLER TECHNOLOGIES, INC.