BETH W. PETRONIO, *pro hac vice pending*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:   (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### YOSEMITE DIVISION

| | |
|---|---|
| COUNTY OF KERN,<br><br>        Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-00853<br><br>**DECLARATION OF JONATHAN THEONUGRAHA IN SUPPORT OF DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS**<br><br>Date:         July 30, 2020<br>Time:        2:00 p.m.<br>Dept.:        302<br>Judge:       The Hon. Jeremy D. Peterson<br><br><br>Complaint Filed:   May 18, 2020<br>Trial Date:             TBD |

I, Jonathan Theonugraha, declare and state:

1. I am an attorney admitted to practice law in the United States District Court, Eastern District of California, an attorney with K&L Gates LLP, and counsel of record for Defendant Tyler Technologies, Inc. ("Tyler") in the above-captioned action. I make this Declaration in support of Tyler's Motion to Dismiss, filed concurrently herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Software License and Professional Services Agreement between Tyler and Plaintiff County of Kern ("Kern") that was attached to Kern's Complaint (Dkt. No. 1-1) as Exhibit A.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Amendment to the Software License and Professional Services Agreement between Tyler and Kern that was attached to Kern's Complaint (Dkt. No. 1-1) as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of June, 2020, at San Francisco, CA.

Jonathan Theonugraha