!

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>                    Plaintiff,<br><br>     v.<br><br>TYLER TECHNOLOGIES, INC., *et al.*,<br><br>                    Defendants. | Case No.  1:20-cv-00853-AWI-JDP<br><br>ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE<br><br>ECF No. 7 |

Upon consideration, Beth Petronio's application for admission to practice *pro hac vice*, ECF No. 7, is hereby granted.

IT IS SO ORDERED.

Dated:    June 26, 2020                          _____
                                                                 UNITED STATES MAGISTRATE JUDGE

No. 204.