IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**COUNTY OF KERN**                         CASE:  **1:20−CV−00853−AWI−HBK**

vs.

**TYLER TECHNOLOGIES, INC.**               **ORDER OF REASSIGNMENT**

_____ /

The court, having considered the appointment of Magistrate Judge Helena M. Barch−Kuchta finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Jeremy D. Peterson** to **Magistrate Judge Helena M. Barch−Kuchta** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:           **1:20−CV−00853−AWI−HBK**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

 DATED:  November 17, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE