1  EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
2  ALAN R. OUELLETTE, CA Bar No. 272745
    aouellette@foley.com
3  JAIME DORENBAUM, CA Bar No. 289555
    jdorenbaum@foley.com
4  **FOLEY & LARDNER LLP**
  555 CALIFORNIA STREET
5  SUITE 1700
  SAN FRANCISCO, CA 94104-1520
6  TELEPHONE:  415.434.4484
  FACSIMILE:   415.434.4507
7
  MARGO A. RAISON, COUNTY COUNSEL
8  **COUNTY OF KERN, STATE OF CALIFORNIA**
  By:  Marshall S. Fontes, Chief Deputy (SBN 139567)
9  Kern County Administrative Center
  1115 Truxtun Avenue, Fourth Floor
10 Bakersfield, CA 93301
  Telephone:  661.868.3800
11 Facsimile:  661-868-3805

12 Attorneys for Plaintiff and Counter-Defendant
  County of Kern
13

14             **UNITED STATES DISTRICT COURT**

15             **EASTERN DISTRICT OF CALIFORNIA**

16

17 COUNTY OF KERN,          ) Case No: 1:20-cv-00853-AWI-HBK
                        )
18        PLAINTIFF,     ) **PLAINTIFF COUNTY OF KERN'S NOTICE**
                        ) **OF APPEARANCE OF COUNSEL**
19   v.                  )
                        )
20 TYLER TECHNOLOGIES, INC., and DOES 1 ) Judge: Honorable Anthony W. Ishii
  THROUGH 20, inclusive,     )
21                    ) Complaint Filed:  May 18, 2020
       DEFENDANTS.   )
22                         )
                        )
23 TYLER TECHNOLOGIES, INC.,  )
                        )
24        COUNTER-CLAIMANT,  )
                        )
25   v.                  )
                        )
26 COUNTY OF KERN,         )
                        )
27        COUNTER-DEFENDANT. )
                        )
28

1    **TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**

2    **CALIFORNIA, DEFENDANT AND COUNTER-CLAIMANT TYLER TECHNOLOGIES, INC.,**

3    **AND ITS ATTORNEYS OF RECORD:**

4          Pursuant to Local Rule 182(a)(1), notice is hereby given that Marshall S. Fontes, Chief Deputy

5    for the County of Kern, hereby appears as counsel on behalf of Plaintiff and Counter-Defendant County

6    of Kern in the above-captioned case.

7          Contact information for Mr. Fontes follows:

8    Marshall Scott Fontes, Chief Deputy (SBN: 139567)
9    1115 Truxtun Avenue, 4th Floor
     Bakersfield, CA 93301
10   Phone: (661) 868-3800
     Facsimile (661) 868-3805
11   E-mail: sfontes@kerncounty.com

12   DATED:  February 10, 2021        **FOLEY & LARDNER LLP**
                                       **EILEEN R. RIDLEY**
13                                         **ALAN R. OUELLETTE**
14                                         **JAIME DORENBAUM**

15

16                                By:*/s/* Marshall S. Fontes
                               **MARSHALL S. FONTES**
17
                               **MARGO A. RAISON, COUNTY COUNSEL**
18                                **MARSHALL S. FONTES, CHIEF DEPUTY**
                               Attorneys for Plaintiff and Counter-Defendant
19                                **COUNTY OF KERN**

20

21

22

23

24

25

26

27

28

COUNTY OF KERN'S NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 1:20-CV-00853- AWI-HBK