EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
ALAN R. OUELLETTE, CA Bar No. 272745
  aouellette@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

MARGO A. RAISON, COUNTY COUNSEL
**COUNTY OF KERN, STATE OF CALIFORNIA**
By:  Marshall S. Fontes, Chief Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661.868.3800
Facsimile: 661-868-3805

Attorneys for Plaintiff and Counter-Defendant
County of Kern

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>        Plaintiff,<br><br>  v.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>        Defendants.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>        Counter-Claimant,<br><br>  v.<br><br>COUNTY OF KERN,<br><br>        Counter-Defendant. | Case No: 1:20-cv-00853-AWI-HBK<br><br>**PLAINTIFF COUNTY OF KERN'S NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**<br><br>Judge: Honorable Anthony W. Ishii<br><br>Complaint Filed: May 18, 2020 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, DEFENDANT AND COUNTER-CLAIMANT TYLER TECHNOLOGIES, INC., AND ITS ATTORNEYS OF RECORD:

    Please take notice that Andrew C. Thomson respectfully withdraws his appearance as counsel for the Plaintiff and Counter-Defendant County of Kern in the above-captioned case. Eileen R. Ridley, Alan R. Ouellette, Jaime Dorenbaum and Marshall S. Fontes will continue to serve as counsel for Plaintiff and Counter-Defendant County of Kern.

DATED: February 10, 2021

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
ALAN R. OUELLETTE
JAIME DORENBAUM


By: /s/ Andrew C. Thomas
ANDREW C. THOMSON

MARGO A. RAISON, COUNTY COUNSEL
ANDREW C. THOMSON, FORMER CHIEF DEPUTY
MARSHALL S. FONTES, CHIEF DEPUTY
Attorneys for Plaintiff and Counter-Defendant
COUNTY OF KERN