# EXHIBIT B

Kern County
Agt. # 562-2017

**AMENDMENT NO. 1**
**TO**
**SOFTWARE LICENSE AND PROFESSIONAL SERVICES AGREEMENT**
**(County of Kern – Tyler Technologies, Inc.)**

This amendment no. 1 ("Amendment No. 1") to the Software License and Professional Services Agreement is made and entered into this 12th day of September, 2017, by and between the County of Kern, a political subdivision of the state of California (hereinafter "Purchaser"), and Tyler Technologies, Inc., a Delaware corporation (hereinafter "Tyler"), with its principal place of business located at 5101 Tennyson Parkway, Plano, Texas 75024.

**RECITALS**

WHEREAS:

(a) Purchaser and Tyler have heretofore entered into a Software License and Professional Services Agreement (Kern County Agt. #255-2015, dated May 5, 2015), whereby Tyler grants to Purchaser a non-exclusive, royalty-free, revocable license (and sublicenses with respect to the Embedded Third Party Software) to use the Licensed Software for Purchaser's internal administration, operation, and or conduct of Purchaser business operations by an unlimited number of users employed by purchases and professional services in accordance with the Statement of Work deemed necessary for Purchaser to implement an integrated criminal justice system; and

(b) The Agreement stipulates that, additional services beyond those detailed in the Statement of Work will be negotiated and incorporated as an amendment; and

(c) Tyler and Purchaser have mutually agreed on additional project components for the successful implementation of an integrated criminal justice system; and

(d) Tyler acknowledges that the cost associated with the mutually agreed upon additional projects will be partially covered by Superior Court of California County of Kern as detailed in the "Court Sponsorship" column of Exhibit C-1 and should be not be billed to the Purchaser; and

(e) Purchaser and Tyler have agreed to amend certain terms and conditions of the Agreement in order to expand the Statement of Work and increase the not to exceed amount; and

(f) The Agreement is therefore amended effective September 12, 2017;

NOW, THEREFORE, in consideration of the mutual covenants and conditions hereinafter set forth and incorporating by this reference the foregoing recitals, the parties hereto agree to amend the Agreement as follows:

1. Exhibit "C," Kern County ICJ Statement of Work (SOW), shall be amended by incorporating Exhibit "C-1" Kern County Authorization Order dated September 12, 2017.

2. Schedule 1 – Investment Summary, shall be amended to include the addition of 1,257.75 professional service hours at a rate of $165.00 per hour for custom development work. These hours are hereby added to the Investment summary and incorporated herein by reference. The hours added herein shall be used for the express purpose of projects identified in Exhibit "C-1" which is attached and incorporated herein by reference.

3. Purchaser shall pay 50% of new development requests, identified in Exhibit "C-1", upon execution of this Amendment No. 1 by both parties; 20% upon Tyler's delivery and Purchaser's acceptance, as those concepts are defined in the Agreement, of a Conceptual Design Document related to the work described in Exhibit C-1 and any supporting documentation utilized for development such as User and Configuration guides, and/or workflow documents, as applicable; and the remaining 30% shall be due upon completion of Operational Use as defined in "Schedule 1 – Investment Summary."

4. The maximum reimbursable amount under this Agreement for license fees and professional services is hereby increased from Four Million Nine Hundred Ninety Nine Thousand Ten Dollars and Zero Cents ($4,999,010), by Two Hundred Seven Thousand Five Hundred Twenty Eight Dollars and Seventy Five Cents ($207,528.75), for a new contractual amount not to exceed Five Million Two Hundred Six Thousand Five Hundred Thirty Eight Dollars and Seventy Five Cents ($5,206,538.75).

5. Purchaser and Tyler hereby agree that approval of all development projects must be approved by Purchaser in the following order: County department subject matter expert, County department information technology manager, County department manager, and County Project Manager. Projects that involve multiple County Departments shall require the above outlined approvals from each involved department.

6. All capitalized terms used in this Amendment No. 1 and not otherwise defined, shall have the meaning ascribed thereto in the Agreement.

7. This Amendment No. 1 may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

8. Except as provided herein, all other terms, conditions, and covenants of the Agreement and any and all amendments thereto shall remain in full force and effect.

[Signatures follow on next page]

IN WITNESS WHEREOF, the parties have entered into this Amendment No. 1 to the Agreement as of the day and year first written above.

COUNTY OF KERN

By______________________
Chairman
Board of Supervisors

APPROVED AS TO CONTENT:
COUNTY ADMINISTRATIVE OFFICE

By______________________
Name: RYAN ALSOP
Title: COUNTY ADMINISTRATIVE OFFICER

APPROVED AS TO CONTENT:
INFORMATION TECHNOLOGY SERVICES

By______________________
Ron Nakagawa
Project Manager

APPROVED AS TO FORM:
OFFICE OF COUNTY COUNSEL

By______________________
Chief Deputy County Counsel

TYLER TECHNOLOGIES, INC

By______________________
Name: Craig Seekamp
Title: Sr. Corporate Attorney

Tyler Amendment 1