BETH W. PETRONIO, *pro hac vice*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:  (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| COUNTY OF KERN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00853-AWI-HBK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>District Court Judge: Hon. Anthony W. Ishii<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta |
| TYLER TECHNOLOGIES, INC.,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>COUNTY OF KERN,<br><br>　　　　　Counter-Defendant. | Complaint Filed:　May 18, 2020<br>FAC Filed:　　　　March 5, 2021<br>Trial Date:　　　　January 11, 2022 |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Defendant Tyler Technologies, Inc. ("Tyler") and Plaintiff County of Kern (the "County"), by and through its undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, on March 5, 2021, the County filed its First Amended Complaint (ECF No. 29);

**WHEREAS**, pursuant to Rule 15 of the Federal Rules of Civil Procedure, the deadline for Tyler to file its responsive pleading to the First Amended Complaint is March 19, 2021;

**WHEREAS**, on March 11, 2021, counsel met and conferred regarding an extension of time for Tyler to file its responsive pleading to the First Amended Complaint;

**WHEREAS**, the parties agreed that Tyler may have a fourteen (14) day extension to file its responsive pleading to the First Amended Complaint; and

**WHEREAS**, the parties have not previously stipulated to or requested any extensions of time with respect to the First Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED** by the parties that Tyler may have to and including April 2, 2021 to file its responsive pleading to the County's First Amended Complaint.

**K&L GATES LLP**

Dated: March 12, 2021        By:  /s/ *Jonathan Theonugraha*
        BETH W. PETRONIO
        JASON N. HAYCOCK
        JONATHAN THEONUGRAHA

        Attorneys for Defendant
        TYLER TECHNOLOGIES, INC.

///

///

DATED: March 12, 2021                                   **FOLEY & LARDNER LLP**

By: */s/ Alan R. Ouellette* (as authorized on 3/12/21)
EILEEN R. RIDLEY
ALAN R. OUELLETTE
JAIME DORENBAUM
Attorneys for Plaintiff
COUNTY OF KERN

MARGO A. RAISON, COUNTY COUNSEL
MARSHALL S. FONTES, CHIEF DEPUTY
Attorneys for Plaintiff
COUNTY OF KERN

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause showing, IT IS HEREBY ORDERED that Tyler may have to and including April 2, 2021 to file its responsive pleading to the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

**HON. HELENA M. BARCH-KUCHTA**
United States Magistrate Judge