BETH W. PETRONIO, *pro hac vice*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:   (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**YOSEMITE DIVISION**

| | |
|---|---|
| COUNTY OF KERN,<br><br>         Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>         Defendants. | Case No. 1:20-cv-00853-AWI-HBK<br><br>**JOINT MID-DISCOVERY STATUS CONFERENCE REPORT**<br><br>Date:     April 7, 2021<br>Time:    10:00 a.m. |
| TYLER TECHNOLOGIES, INC.,<br><br>         Counter-Claimant,<br><br>vs.<br><br>COUNTY OF KERN,<br><br>         Counter-Defendant. | District Court Judge: Hon. Anthony W. Ishii<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta<br><br>Complaint Filed:  May 18, 2020<br>FAC Filed:            March 5, 2021<br>Trial Date:           January 11, 2022 |

# JOINT MID-DISCOVERY STATUS CONFERENCE REPORT

Pursuant to the Case Management and Scheduling Order dated November 24, 2020 (ECF No. 22), Defendant Tyler Technologies, Inc. ("Tyler") and Plaintiff County of Kern (the "County") submit this joint mid-discovery status conference report.

Counsel for the parties have conferred regarding the Joint Mid-Discovery Status Conference Report and will defer to the Court as to the necessity of conducting the Status Conference at this time. If the Court continues the Status Conference, the County and Tyler request that the Status Conference be reset within 60 to 90 days.

1. **Status of the Case**

The County initiated this case on May 19, 2020, in the Superior Court of California, County of Kern. The County's Original Complaint asserted claims for breach of contract, intentional misrepresentation, concealment, violations of California Business & Professions Code Section 17200, violations of the California False Claims Act, negligence and declaratory relief. On June 19, 2020, Tyler removed the case to this Court (Dkt. No. 1). On June 26, 2020, Tyler filed a Motion to Dismiss (Dkt. Nos. 8 & 9) and an Original Answer, Affirmative Defenses and Counterclaims for breach of contract and declaratory relief (Dkt. No. 11). The County opposed Tyler's Motion to Dismiss and filed an answer to Tyler's Counterclaims (Dkt. No. 15). On February 3, 2021, the Court granted Tyler's Motion to Dismiss, dismissing the County's negligence claim against Tyler with prejudice and granting the County leave to amend the other aspects of its Complaint. (Dkt. No. 26) On March 5, 2021, the County filed its First Amended Complaint, again alleging breach of contract, intentional misrepresentation, concealment, violations of California Business & Professions Code Section 17200, violations of the California False Claims Act, and declaratory relief. (Dkt. No. 29) On March 14, 2021, the Court entered an order approving of the parties' stipulation extending Tyler's deadline to answer or otherwise respond to the First Amended to Complaint to April 2, 2021. Tyler intends to file an answer to the First Amended Complaint by that deadline.

2. **Status of Discovery**

The parties exchanged Rule 26(a)(1) initial disclosures on December 3, 2020. On February 9, 2021, the County served its first set of Requests for Production to Tyler. On March 10, 2021, Tyler

served its responses to the County's Requests for Production of Documents (Set One). Tyler is currently in the process of gathering and reviewing responsive documents and expects to begin a rolling production of documents within the next two weeks. Tyler also intends to propound Requests for Production of Documents and Interrogatories to the County within the next two weeks.

**3. Potential for Settlement**

The parties engaged in extensive pre-suit settlement efforts, including formal mediation with the Honorable Judge Gail Andler (Ret.). Those efforts were not successful. Both parties remain open to resuming settlement discussions at an appropriate time, but believe that discovery should progress and both parties should be permitted to further develop their cases before doing so.

DATED: March 31, 2021                                   **K&L GATES LLP**

                                                        By: */s/ Jonathan Theonugraha*
                                                            BETH W. PETRONIO
                                                            JASON N. HAYCOCK
                                                            JONATHAN THEONUGRAHA

                                                        Attorneys for Defendant
                                                        TYLER TECHNOLOGIES, INC.


DATED: March 31, 2021                                   **FOLEY & LARDNER LLP**

                                                        By: */s/ Alan R. Ouellette* (as authorized on 3/31/21)
                                                            EILEEN R. RIDLEY
                                                            ALAN R. OUELLETTE
                                                            JAIME DORENBAUM

                                                        Attorneys for Plaintiff
                                                        COUNTY OF KERN

                                                        MARGO A. RAISON, COUNTY COUNSEL
                                                        MARSHALL S. FONTES, CHIEF DEPUTY

                                                        Attorneys for Plaintiff
                                                        COUNTY OF KERN