EILEEN R. RIDLEY, CA Bar No. 151735
　eridley@foley.com
ALAN R. OUELLETTE, CA Bar No. 272745
　aouellette@foley.com
JAIME DORENBAUM, CA Bar No. 289555
　jdorenbaum@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: 415.434.4484
Facsimile:　415.434.4507

MARGO A. RAISON, COUNTY COUNSEL
**COUNTY OF KERN, STATE OF CALIFORNIA**
By: Marshall S. Fontes, Chief Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661.868.3800
Facsimile: 661-868-3805

Attorneys for Plaintiff and Counter-Defendant
County of Kern

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| COUNTY OF KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>　　　　Defendants.<br>――――――――――――――――<br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>COUNTY OF KERN,<br><br>　　　　Counter-Defendant. | Case No: 1:20-cv-00853-AWI-HBK<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE; [PROPOSED] ORDER**<br><br>District Court Judge: Hon. Anthony W. Ishii<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta<br><br>Complaint Filed: May 18, 2020<br>FAC Filed: March 5, 2021<br>Trial Date: January 11, 2022 |

JOINT STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE; [PROPOSED] ORDER
CASE NO: 1:20-CV-00853-AWI-HBK

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California and the Case Management and Scheduling Order entered in this action [ECF 22], Plaintiff and Counter-Defendant County of Kern ("Plaintiff" or "Kern County") and Defendant and Counter-Claimant Tyler Technologies, Inc. ("Defendant" or "Tyler"), by and through their undersigned counsel, hereby agree and stipulate as follows:

## RECITALS

**WHEREAS**, on May 18, 2020, Kern County filed its complaint in the Superior Court for the County of Kern.

**WHEREAS**, on June 19, 2020, Tyler removed the action to this Court.

**WHEREAS**, on June 26, 2020, Tyler filed a motion to dismiss Kern County's complaint and filed counterclaims against Kern County.

**WHEREAS**, on November 25, 2020, the Court entered its Case Management and Scheduling Order [ECF 22], which adopted the timelines jointly proposed by Kern County and Tyler in their November 12, 2020 Joint Rule 26(f) Report and at the November 19, 2020 case management and scheduling conference.

**WHEREAS**, the Court's Case Management and Scheduling Order provides "[t]his Order represents the best estimate of the Court and counsel as to the agenda most suitable to dispose of this case" and "[i]f the parties determine at any time that the schedule outlined in this Order cannot be met, counsel shall notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference."  [ECF 22 at 5:23-27.]

**WHEREAS**, on February 3, 2021, the Court entered an order granting Tyler's motion to dismiss and providing Kern County leave to amend its complaint.

**WHEREAS**, on March 5, 2021, Kern County filed its First Amended Complaint.

**WHEREAS**, on April 2, 2021, Tyler answered Kern County's First Amended Complaint.

**WHEREAS**, the Parties respectfully submit to the Court that the full scope of claims, counterclaims and defenses at issue were not known until the operative pleadings in this action were settled following the Court's ruling on Tyler's motion to dismiss, Kern County's filing of its First Amended Complaint, and Tyler's answer to the First Amended Complaint.

**WHEREAS**, based on the operative First Amended Complaint and the settled pleadings in this matter, the Parties have met and conferred regarding and are engaged in the collection and production of voluminous Electronically Stored Information ("ESI"), which the Parties anticipate will total over 100,000 electronic records.

**WHEREAS**, the Parties anticipate that the collection and production of ESI will take several additional months to complete and, as a result, the Parties respectfully submit to the Court that additional time is needed to complete discovery in this action.

**WHEREAS**, the Parties believe that an extension of all current deadlines and the trial date by approximately six months will provide the Parties with sufficient time to complete discovery, renew discussions about potential resolution, and prepare this action for trial.

## STIPULATION

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** by the Parties that (with the Court's approval) the deadlines set forth in the Case Management and Scheduling Order [ECF 22] are extended as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery Cutoff | August 6, 2021 | February 11, 2022 |
| Initial Expert Witness Disclosure | August 20, 2021 | February 25, 2022 |
| Supplemental Expert Witness Disclosure | September 6, 2021 | March 11, 2022 |
| Expert Discovery Cutoff | September 27, 2021 | April 8, 2022 |
| Pretrial Motion Deadline (Dispositive and Non-Dispositive) | October 8, 2021 | April 22, 2022 |

| Pretrial Conference | November 10, 2021 at 10:30 a.m. | May 18, 2022 at 10:30 a.m. |
|---|---|---|
| Trial | January 11, 2022 at 8:30 a.m. | July 19, 2022 at 8:30 a.m. |

DATED:  June 28, 2021         **FOLEY & LARDNER LLP**
                              EILEEN R. RIDLEY
                              ALAN R. OUELLETTE
                              JAIME DORENBAUM


                              By:/s/ *Eileen R. Ridley*
                              EILEEN R. RIDLEY

                              MARGO A. RAISON, COUNTY COUNSEL
                              MARSHALL S. FONTES, CHIEF DEPUTY
                              Attorneys for Plaintiff and Counter-Defendant
                              COUNTY OF KERN


                              **K&L GATES LLP**


Dated:  June 28, 2021         By:  /s/ *Beth W. Petrino*
                                   (as authorized on June 25, 2021)
                                   BETH W. PETRONIO
                                   JASON N. HAYCOCK
                                   JONATHAN THEONUGRAHA

                                   Attorneys for Defendant
                                   TYLER TECHNOLOGIES, INC.

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and for good cause showing, **IT IS HEREBY ORDERED** that the deadlines set forth in the Case Management and Scheduling Order [ECF 22] are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | August 6, 2021 | February 11, 2022 |
| Initial Expert Witness Disclosure | August 20, 2021 | February 25, 2022 |
| Supplemental Expert Witness Disclosure | September 6, 2021 | March 11, 2022 |
| Expert Discovery Cutoff | September 27, 2021 | April 8, 2022 |
| Pretrial Motion Deadline (Dispositive and Non-Dispositive) | October 8, 2021 | April 22, 2022 |
| Pretrial Conference | November 10, 2021 at 10:30 a.m. | May 18, 2022 at 10:30 a.m. |
| Trial | January 11, 2022 at 8:30 a.m. | July 19, 2022 at 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

**HON. HELENA M. BARCH-KUCHTA**
United States Magistrate Judge

4

JOINT STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE; [PROPOSED] ORDER
CASE NO: 1:20-CV-00853-AWI-HBK