EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
ALAN R. OUELLETTE, CA Bar No. 272745
    aouellette@foley.com
JAIME DORENBAUM, CA Bar No. 289555
    jdorenbaum@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: 415.434.4484
Facsimile:  415.434.4507

MARGO A. RAISON, COUNTY COUNSEL
**COUNTY OF KERN, STATE OF CALIFORNIA**
By: Marshall S. Fontes, Chief Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661.868.3800
Facsimile: 661-868-3805

Attorneys for Plaintiff and Counter-Defendant
County of Kern

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| COUNTY OF KERN, | Case No: 1:20-cv-00853-AWI-HBK |
| Plaintiff, | **DECLARATION OF ALAN R. OUELLETTE IN SUPPORT OF JOINT STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE** |
| v. | |
| TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | District Court Judge: Hon. Anthony W. Ishii<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta |
| TYLER TECHNOLOGIES, INC., | Complaint Filed: May 18, 2020<br>FAC Filed: March 5, 2021<br>Trial Date: January 11, 2022 |
| Counter-Claimant, | |
| v. | |
| COUNTY OF KERN, | |
| Counter-Defendant. | |

DECLARATION OF ALAN R. OUELLETTE ISO JOINT STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE
CASE NO: 1:20-CV-00853-AWI-HBK

I, Alan R. Ouellette, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an attorney at the law firm of Foley & Lardner LLP, counsel of record for Plaintiff and Counter-Defendant County of Kern ("Plaintiff" or "Kern County"). I am one of the attorneys principally responsible for the representation of Plaintiffs in this lawsuit, and as a result I am familiar with the case, documents, and history related to this action. I make this declaration based on my own personal knowledge and am willing to testify, under oath, to the truth of the matter asserted herein if called to do so.

2. I am make this declaration pursuant to the Case Management and Scheduling Order's provision stating that "[s]tipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations… which establish good cause for granting the relief requested." [ECF 22 at 6:1-5.]

3. As noted in the Joint Stipulation, filed concurrently herewith, counsel for Kern County and Defendant and Counter-Claimant Tyler Technologies, Inc. ("Defendant" or "Tyler") have met and conferred and agree that additional time is needed to complete discovery, renew discussions about potential resolution, and prepare this action for trial. When the Court issued the current Case Management and Scheduling Order (based on proposed deadlines submitted by the Parties to the Court), the parties had not yet received the Court's order granting Tyler's pending motion to dismiss, which was entered on February 3, 2021. Further, the pleadings in the action were not settled until Tyler answered the First Amended Complaint filed by Kern County on April 2, 2021.

4. After the pleadings became settled, counsel for Kern County and Tyler engaged in detailed meet and confer discussions regarding the scope of discovery based on the claims, legal issues, factual allegations and defenses arising from Kern County's First Amended Complaint and Tyler's responsive pleadings to the same. Those discussions included a detailed meet and confer regarding the collection and production of Electronically Stored Information ("ESI") and the custodians from whom ESI would be collected and produced from both Parties. As a result of those discussions, counsel for Kern County and Tyler now anticipate that discovery will entail the collection and production of voluminous ESI from both Parties, which will likely total over 100,000 electronic records. While the

1  Parties have already undertaken this collection and are in the process of preparing the production of such
2  records, both Parties agree that this process will take several additional months to complete.  The scope
3  of ESI discovery is necessitated by the universe of claims, legal issues, factual allegations and defenses
4  resulting from Kern County's operative First Amended Complaint, which was not filed and not at issue
5  until several months after the Court issued the current Case Management and Scheduling Order.

6      5. Counsel for Kern County and Tyler agree that an extension of the current deadlines and
7  the trial date by approximately six months will provide the Parties with sufficient time to complete
8  discovery, renew discussions about potential resolution, and prepare this action for trial.  The requested
9  extension is not for the purpose of delay.

10     6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
11 United States of America that the foregoing is true and correct.  Executed this 28th day of June, 2021, in
12 Oakland, California.

                                          */s/ Alan R. Ouellette*
                                          Alan R. Ouellette