1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    COUNTY OF KERN,                          Case No.  1:20-cv-00853-AWI-HBK

12              Plaintiff,                      **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

13         v.

14    TYLER TECHNOLOGIES, INC.,

15              Defendant.

16
      TYLER TECHNOLOGIES, INC.,
17
                   Counter Claimant,
18         v.

19    COUNTY OF KERN,

20                 Counter Defendant.

21

22         This matter comes before the Court upon the parties' stipulation to amend the scheduling

23    order.  (Doc. No. 36).  The Court previously issued a scheduling order following the November

24    19, 2020 case management and scheduling conference.  (Doc. Nos. 21, 22).

25         On February 3, 2021, the Court granted Defendant's motion to dismiss but provided

26    Plaintiff leave to amend.  (Doc. No. 26).  Plaintiff filed an amended complaint on March 5, 2021.

27    (Doc. No. 29).   Defendant filed its answer and counter claims on April 2, 2021. (Doc. No. 34).

28    Plaintiff answered the counter claim on April 15, 2021.  (Doc. No. 35).

The parties stipulate to extend the deadlines set in the court's earlier scheduling order to account for delays resulting from filing the amended complaint and counter claim.  (Doc. No. 36). The Court sets forth the following date, having considered the Court's calendar to the extent the dates differ from those proposed by the parties.

**1.  Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | COMPLETE |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 2/11/2022 |
| Mid-Discovery Status Conference (may be vacated upon joint motion) *Telephonic* Before Magistrate Judge Barch-Kuchta Supplemental Joint Status Report Due:  10/14/2021 | 10/21/2021 at 10:00 a.m. |
| Initial Expert Witness Disclosure. *See* Fed. R. Civ. P. 26(a)(2). | 2/25/2022 |
| Supplemental Expert Witness Disclosure. | 3/11/2022 |
| Expert Discovery Cutoff. | 4/8/2022 |
| Deadline to advise the court if *further* settlement, ADR or mediation efforts undertaken. *See* Local Rules 270, 271. | 4/22/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 5/23/2022 |
| Deadline for filing the final individual pretrial statement. *See* Local Rule 281. | 9/15/2022 |
| Deadline for filing the final joint pretrial statement and motions. *See* Local Rule 281. | 9/22/2022 |
| Date of the final pretrial conference before the Honorable Anthony W. Ishii. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. | 09/29/2022 10:00 a.m. |
| Trial date before the Honorable Anthony W. Ishii | 12/6/2022 at 8:30 a.m. |

The parties remain bound to follow all procedures previously set forth in the Court's November 19, 2020 scheduling order.  (Doc. No. 22).

IT IS SO ORDERED.

Dated:    June 30, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE