1  EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
2  ALAN R. OUELLETTE, CA Bar No. 272745
    aouellette@foley.com
3  JAIME DORENBAUM, CA Bar No. 289555
    jdorenbaum@foley.com
4  **FOLEY & LARDNER LLP**
  555 California Street, Suite 1700
5  San Francisco, CA 94104-1520
  Telephone:  415.434.4484
6  Facsimile:    415.434.4507

7  MARGO A. RAISON, COUNTY COUNSEL
  **COUNTY OF KERN, STATE OF CALIFORNIA**
8  By:  Marshall S. Fontes, Chief Deputy (SBN 139567)
  Kern County Administrative Center
9  1115 Truxtun Avenue, Fourth Floor
  Bakersfield, CA 93301
10  Telephone:  661.868.3800
  Facsimile:  661-868-3805
11
  Attorneys for Plaintiff and Counter-Defendant
12  County of Kern

13  **UNITED STATES DISTRICT COURT**

14  **EASTERN DISTRICT OF CALIFORNIA**

15  **YOSEMITE DIVISION**

16

17  COUNTY OF KERN,                                ) Case No: 1:20-cv-00853-AWI-HBK
                                      )
18             PLAINTIFF,                       ) **JOINT STATUS REPORT**
                                        )
19        V.                                           )
                                        ) District Court Judge: Hon. Anthony W. Ishii
20  TYLER TECHNOLOGIES, INC.,          ) Magistrate Judge: Hon. Helena M. Barch-Kuchta
                                        )
21           DEFENDANT.                     )
                                        )
22                                          )
  ————————————————————————)
23  TYLER TECHNOLOGIES, INC.,          )
                                        )
24          COUNTER-CLAIMANT,        )
                                        )
25        V.                                           )
                                        )
26  COUNTY OF KERN,                                )
                                        )
27          COUNTER-DEFENDANT.        )
                                        )
28    ————————————————————————)

1

2

3

4

Pursuant to the Amended Case Management And Scheduling Order [ECF 37], Plaintiff and Counter-Defendant County of Kern ("Plaintiff" or "Kern County") and Defendant and Counter-Claimant Tyler Technologies, Inc. ("Defendant" or "Tyler") hereby submit this Joint Status Report in advance of the October 21, 2021 Mid-Discovery Status Conference before Magistrate Judge Barch-Kuchta.

5

6

7

8

9

10

11

12

The Parties are continuing with discovery and believe that they are on track to bring this matter to trial on December 6, 2022.  While the Parties have completed initial document productions, they continue to process large volumes of ESI for additional document productions, which has been time-intensive.  The Parties are working cooperatively in this respect and agree that the production of such ESI is necessary to their claims and defenses.  Accordingly, while the Parties believe that this matter will be ready for trial on December 6, 2022, they wish to extend the discovery and case management deadlines in the current Amended Case Management And Scheduling Order to allow for the substantial completion of ESI discovery before deposition and expert discovery.  The Parties propose the following modifications:

13

14

15

16

17

18

19

20

21

22

23

24

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery Cutoff | February 11, 2022 | April 22, 2022 |
| Initial Expert Witness Disclosure | February 25, 2022 | May 6, 2022 |
| Supplemental Expert Witness Disclosure | March 11, 2022 | May 20, 2022 |
| Expert Discovery Cutoff | April 8, 2022 | June 17, 2022 |
| Deadline For Dispositive Motions | May 23, 2022 | June 30, 2022 |

25

26

27

28

1

1   The Parties do not propose continuing any other event or deadline established in the Amended

2 Case Management And Scheduling Order.   The Parties do not presently have any additional case

3 management or scheduling issues to discuss with the Court.   The Parties are amenable to discussing the

4 proposed modifications with the Court at the October 21, 2021 Mid-Discovery Status Conference or, in

5 lieu of a Status Conference, submitting the proposed modifications to the Court for approval by way of a

6 stipulation and proposed order.

7                                            Respectfully submitted,

8

9 DATED:  October 14, 2021                **FOLEY & LARDNER LLP**
                                          EILEEN R. RIDLEY
                                          ALAN R. OUELLETTE
10                                         JAIME DORENBAUM

11

12

13                                        By:*/s/ Eileen R. Ridley*
                                          EILEEN R. RIDLEY

14                                        MARGO A. RAISON, COUNTY COUNSEL
                                          MARSHALL S. FONTES, CHIEF DEPUTY
15                                        Attorneys for Plaintiff and Counter-Defendant
                                          COUNTY OF KERN
16

17                                            **K&L GATES LLP**

18

19 Dated:  October 14, 2021                By:   */s/ Beth W. Petrino*
                                                (as authorized on October 13, 2021)
20                                              BETH W. PETRONIO
                                                JASON N. HAYCOCK
21                                              JONATHAN THEONUGRAHA

22                                              Attorneys for Defendant
                                                TYLER TECHNOLOGIES, INC.
23

24

25

26

27

28
                                              2