UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>            Plaintiff,<br><br>   v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>            Defendant.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>           Counter Claimant,<br>   v.<br><br>COUNTY OF KERN,<br><br>           Counter Defendant. | Case No. 1:20-cv-00853-AWI-HBK<br><br>SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

     This matter comes before the Court upon the parties' Joint Status Report filed October 14, 2021. (Doc. No. 38). The Joint Status Report includes the parties' joint request to extend select deadlines set in the Court's previous Amended Scheduling Order (Doc. No. 37) to account for voluminous, time intensive discovery. (Doc. No. 38 at 2). The Court will grant the parties' request to adjust certain deadlines and enters this Second Amended Scheduling Order to reflect these extended dates.

///

1. **Deadlines and Dates**

| Action or Event | New Deadline |
|---|---|
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 4/22/2022 |
| Initial Expert Witness Disclosure. *See* Fed. R. Civ. P. 26(a)(2). | 5/06/2022 |
| Supplemental Expert Witness Disclosure. | 5/20/2022 |
| Expert Discovery Cutoff. | 6/17/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 6/30/2022 |

The parties remain bound to follow all procedures previously set forth in the Court's November 19, 2020 Case Management and Scheduling Order (Doc. No. 22) and shall comply with all other deadlines set in the June 30, 2021 Amended Case Management and Scheduling Order (Doc. No. 37), except for those explicitly amended by this Order.

Dated:  October 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE