1  BETH W. PETRONIO, *pro hac vice*
   beth.petronio@klgates.com
2  K&L GATES LLP
   1717 Main Street, Suite 2800
3  Dallas, TX 75201
   Telephone: (214) 939-5815
4  Facsimile: (214) 939-5849

5  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
6  JONATHAN THEONUGRAHA (SBN 306812)
   jonathan.theonugraha@klgates.com
7  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
8  San Francisco, CA 94111
   Telephone: (415) 882-8200
9  Facsimile: (415) 882-8220

10 Attorneys for Defendant and Counter-Claimant
   TYLER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**YOSEMITE DIVISION**

| | |
|---|---|
| COUNTY OF KERN,<br><br>                Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>                Defendants. | Case No. 1:20-cv-00853-AWI-HBK<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE; [PROPOSED] ORDER** |
| TYLER TECHNOLOGIES, INC.,<br><br>                Counter-Claimant,<br><br>vs.<br><br>COUNTY OF KERN,<br><br>                Counter-Defendant. | Complaint Filed:  May 18, 2020<br>FAC Filed:          March 5, 2021<br>Trial Date:          December 6, 2022 |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, the Case Management and Scheduling Order (ECF No. 22), and the Second Amended Case Management and Scheduling Order (ECF No. 41), Plaintiff and Counter-Defendant County of Kern ("Kern County") and Defendant and Counter-Claimant Tyler Technologies, Inc. ("Tyler"), by and through their undersigned counsel, hereby agree and stipulate as follows:

## RECITALS

**WHEREAS**, on November 25, 2020, the Court entered its Case Management and Scheduling Order (ECF No. 22), which adopted the timelines jointly proposed by Kern County and Tyler in their November 12, 2020 Joint Rule 26(f) Report and at the November 19, 2020 case management and scheduling conference;

**WHEREAS**, the Court's initial Case Management and Scheduling Order provided that "[t]his Order represents the best estimate of the Court and counsel as to the agenda most suitable to dispose of this case" and "[i]f the parties determine at any time that the schedule outlined in this Order cannot be met, counsel shall notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference." (ECF No. 22 at 5:23-27);

**WHEREAS**, on June 28, 2021, the parties submitted a joint stipulation requesting the Court to extend the discovery and pre-trial deadlines set forth in the Court's November 25, 2020 Case Management and Scheduling Order to account for delays resulting from filing the amended complaint and counterclaim (ECF No. 36);

**WHEREAS**, on June 30, 2021, the Court granted the parties' stipulated request and entered its Amended Case Management and Scheduling Order (ECF No. 37);

**WHEREAS**, on October 14, 2021, the parties submitted a Joint Status Report (ECF No. 38) in advance of the October 21, 2021 Mid-Discovery Status Conference requesting the Court to extend certain discovery and case management deadlines to allow for the substantial completion of ESI discovery before deposition and expert discovery;

**WHEREAS**, on October 20, 2021, the Court granted the parties' request to extend certain deadlines and entered its Second Amended Case Management and Scheduling Order (ECF No. 41) to reflect those extended dates;

**WHEREAS**, the parties have continued to diligently process and review significantly large volumes of ESI, which has been time-intensive.  As of the date of filing of this stipulation, the parties have produced over 98,000 documents;

**WHEREAS**, the parties have exchanged lists of desired depositions and are in the process of attempting to schedule the depositions of fifteen fact witnesses;

**WHEREAS**, the parties have agreed that the most efficient and cost-effective manner of informally resolving their disputes that provides the greatest likelihood of settlement is to conduct a second mediation with a target date of June 2022—with the benefit of the discovery conducted to date—prior to engaging in deposition discovery.

**WHEREAS**, the parties are working cooperatively and agree that an extension of the trial date and all current deadlines by approximately six months is necessary to complete discovery, renew discussions about potential resolution, and prepare this action for trial.

## STIPULATION

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** by the parties that (with the Court's approval) the deadlines set forth in the June 30, 2021 Amended Case Management and Scheduling Order (ECF No. 37) and Second Amended Case Management and Scheduling Order (ECF No. 41) are extended as follows:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Non-Expert Discovery Cutoff | April 22, 2022 | November 4, 2022 |
| Initial Expert Witness Disclosure | May 6, 2022 | November 18, 2022 |
| Supplemental Expert Witness Disclosure | May 20, 2022 | December 2, 2022 |
| Expert Discovery Cutoff | June 17, 2022 | December 30, 2022 |
| Pretrial Motion Deadline (Dispositive and Non-Dispositive) | June 30, 2022 | January 20, 2023 |
| Pretrial Conference | September 22, 2022 at 10:00 a.m. | April 14, 2023 at 10:00 a.m. |
| Trial | December 6, 2022 at 8:30 a.m. | June 6, 2023 at 8:30 a.m. |

The parties are cognizant of the prior case management extensions granted by the Court and, if this stipulation is granted, do not contemplate making any further requests for extensions of case management deadlines or a new trial date set in this matter.

**K&L GATES LLP**

Dated:  April 19, 2022     By:  */s/ Jason Haycock*
                                BETH W. PETRONIO
                                JASON N. HAYCOCK
                                JONATHAN THEONUGRAHA

                                Attorneys for Defendant and Counter-Claimant
                                TYLER TECHNOLOGIES, INC.

Dated:  April 19, 2022     **FOLEY & LARDNER LLP**
                           EILEEN R. RIDLEY
                           ALAN R. OUELLETTE
                           JAIME DORENBAUM


                           By:*/s/ Eileen Ridley* (as authorized on April 18, 2022)
                           EILEEN R. RIDLEY
                           MARGO A. RAISON, COUNTY COUNSEL
                           MARSHALL S. FONTES, CHIEF DEPUTY

                           ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT
                           COUNTY OF KERN

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause showing, **IT IS HEREBY ORDERED** that the deadlines set forth in the June 30, 2021 Amended Case Management and Scheduling Order (ECF No. 37) and Second Amended Case Management and Scheduling Order (ECF No. 41) are extended as follows:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Non-Expert Discovery Cutoff | April 22, 2022 | |
| Initial Expert Witness Disclosure | May 6, 2022 | |
| Supplemental Expert Witness Disclosure | May 20, 2022 | |
| Expert Discovery Cutoff | June 17, 2022 | |
| Pretrial Motion Deadline (Dispositive and Non-Dispositive) | June 30, 2022 | |
| Pretrial Conference | September 22, 2022 at 10:00 a.m. | |
| Trial | December 6, 2022 at 8:30 a.m. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

          **HON. HELENA M. BARCH-KUCHTA**
          United States Magistrate Judge