BETH W. PETRONIO, *pro hac vice*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
JONATHAN THEONUGRAHA (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant and Counter-Claimant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### YOSEMITE DIVISION

| | |
|---|---|
| COUNTY OF KERN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00853-AWI-HBK<br><br>**DECLARATION OF JASON HAYCOCK IN SUPPORT OF STIPULATION TO EXTEND CASE MANAGEMENT AND TRIAL SCHEDULE** |
| TYLER TECHNOLOGIES, INC.,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>COUNTY OF KERN,<br><br>　　　　　Counter-Defendant. | Complaint Filed:　May 18, 2020<br>FAC Filed:　　　 March 5, 2021<br>Trial Date:　　　 December 6, 2022 |

I, Jason N. Haycock, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an attorney at the law firm of K&L Gates LLP, counsel of record for Defendant and Counter-Claimant Tyler Technologies, Inc. County of Kern ("Defendant" or "Tyler"). I am one of the attorneys principally responsible for the representation of Tyler in this lawsuit, and as a result I am familiar with the case, documents, and history related to this action. I make this declaration based on my own personal knowledge and am willing to testify, under oath, to the truth of the matter asserted herein if called to do so.

2. I am make this declaration pursuant to the Case Management and Scheduling Order's provision stating that "[s]tipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations… which establish good cause for granting the relief requested." (ECF No. 22 at 6:1-5.)

3. As noted in the stipulation, filed concurrently herewith, the parties continue to diligently process and review significantly large volumes of ESI produced in this matter. As of April 18, 2022, the parties have produced over 98,000 documents. Further, the parties have exchanged lists of desired depositions and are in the process of attempting to schedule the depositions of fifteen fact witnesses.

4. Counsel for Tyler and Plaintiff and Counter-Defendant County of Kern ("Plaintiff" or "Kern County") have met and conferred and agree that the most efficient and cost-effective manner of informally resolving their disputes that provides the greatest likelihood of settlement is to conduct a second mediation with a target date of June 2022—with the benefit of the discovery conducted to date—prior to engaging in deposition discovery.

5. Counsel for Kern County and Tyler agree that an extension of the current deadlines and the trial date by approximately six months will provide the parties with sufficient time to complete discovery, renew discussions about potential resolution, and prepare this action for trial. The requested extension is not for the purpose of delay.

///

///

///

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April, 2022, in Petaluma, California.

                                          */s/ Jason N. Haycock*
                                          Jason N. Haycock