UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>                 Plaintiff,<br><br>       v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>                 Defendant. | Case No.  1:20-cv-00853-AWI-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES<br><br>(Doc. No. 42)<br><br>AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |
| TYLER TECHNOLOGIES, INC.,<br><br>                 Counterclaimant,<br><br>       v.<br><br>COUNTY OF KERN,<br><br>                 Counter-Defendant | |

Pending before the Court is the parties' joint motion to extend certain case management deadlines by approximately six months. (Doc. No. 42). Finding good cause, the Court GRANTS the parties' request to adjust certain deadlines to the extent set forth herein (Doc. No. 42) and enters this Amended Case Management and Scheduling Order.

///

///

///

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for completing discovery and filing any motion to compel discovery.  *See* Fed. R. Civ. P. 37. | 11/04/2022 |
| Initial Expert Witness Disclosure.  *See* Fed. R. Civ. P. 26(a)(2). | 11/18/2022 |
| Supplemental Expert Witness Disclosure. | 12/02/2022 |
| Expert Discovery Cutoff. | 12/30/2022 |
| Deadline for filing dispositive and non-dispositive motions.  *See* Fed. R. Civ. P. 12(b)(6); Fed. R. Civ. P. 56. | 01/20/2023 |
| Deadline for filing dispositive motions.  *See* Fed. R. Civ. P. 12(b)(6), *see also* Fed. R. Civ. P. 56. | 03/03/2023 |
| Date of the final pretrial conference.  *See* Fed. R. Civ. P. 16(e); *see* Local Rules 280, 281, 282, 283.  *Before the Honorable Anthony W. Ishii.* | 04/14/2023 10:00 a.m. |
| Month and year of the trial term.  *Before the Honorable Anthony W. Ishii.* | 06/06/2023 8:30 a.m. |

The parties remain bound to follow all procedures and deadlines not amended herein that were previously set forth in the Court's November 19, 2020 Case Management and Scheduling Order (Doc. No. 22), June 30, 2021 Amended Case Management Scheduling Order (Doc. No. 37), and October 18, 2021 Second Amended Case Management Scheduling Order (Doc. No. 40), except for those explicitly amended by this Order.

Dated:     April 20, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE