EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
ALAN R. OUELLETTE, CA Bar No. 272745
  aouellette@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

MARGO A. RAISON, COUNTY COUNSEL
**COUNTY OF KERN, STATE OF CALIFORNIA**
By:  Andrew C. Thomson, Chief Deputy (SBN 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661.868.3800
Facsimile: 661-868-3805

Attorneys for Plaintiff and Counter-Defendant
COUNTY OF KERN

**(Counsel for Defendant listed on following page)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00853-AWI-HBK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS**<br><br>District Judge: Hon. Anthony W. Ishii<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta |

1  BETH W. PETRONIO, *pro hac vice*
   beth.petronio@klgates.com
2  **K&L GATES LLP**
   1717 Main Street, Suite 2800
3  Dallas, TX 75201
   Telephone:  (214) 939-5815
4  Facsimile:   (214) 939-5849

5  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
6  JONATHAN THEONUGRAHA (SBN 306812)
   jonathan.theonugraha@klgates.com
7  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
8  San Francisco, CA 94111
   Telephone:  (415) 882-8200
9  Facsimile:   (415) 882-8220

10 Attorneys for Defendant and Counter-Claimant
   TYLER TECHNOLOGIES, INC.

2

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS**
CASE NO. 1:20-CV-00853-AWI-HBK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant County of Kern and Defendant and Counter-Plaintiff Tyler Technologies, Inc. (collectively, the "Parties") hereby jointly **DISMISS WITH PREJUDICE** all claims and counterclaims asserted by the Parties in this action. Each of the Parties shall bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED.**

DATED: January 25, 2023

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
ALAN R. OUELLETTE
JAIME DORENBAUM

By: /s/ Alan R. Ouellette (as authorized on 1/24/23)
EILEEN R. RIDLEY

MARGO A. RAISON, COUNTY COUNSEL
ANDREW C. THOMSON, CHIEF DEPUTY

Attorneys for Plaintiff
COUNTY OF KERN

DATED: January 25, 2023

**K & L GATES**
BETH W. PETRONIO
JASON N. HAYCOCK
JONATHAN THEONUGRAHA

By: /s/ Jason N. Haycock
JASON N. HAYCOCK

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.